In the Matter of the Claim of EDWIN W. DURLACHER, Appellant, against GREAT ATLANTIC & PACIFIC TEA COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted November 15, 1954; decided December 2, 1954.

*Abraham Markhoff* for motion.
No one opposed.

Motion granted.